# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| STATE OF UTAH, by and through its Governor, SPENCER J. COX, and its Attorney General, SEAN D. REYES, )<br>)<br>)<br>)<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, U.S. EPA, )<br>)<br>)<br>)<br>Respondents. ) | Case No. _____ |

## PETITION FOR REVIEW

Pursuant to Clean Air Act Section 307(b)(1), 42 U.S.C. § 7607(b)(1), the Administrative Procedure Act, 5 U.S.C. § 702, Federal Rule of Appellate Procedure 15(a), and Tenth Circuit Rule 15, the State of Utah ("Utah") hereby petitions this Court for review of the final rule of the United States Environmental Protection Agency ("EPA") titled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards," published in the Federal Register at 88 Fed. Reg. 9,336 (February 13, 2023) (EPA Docket Nos. EPA-R08-OAR-2022-0315 and EPA-HQ-2021-0663). A copy of EPA's final rule is attached to this Petition.

This Court has jurisdiction, and is the proper venue for this action, under 42 U.S.C. § 7607(b)(1) because Utah is petitioning for review of only the portion of the final rule disapproving Utah's State Implementation Plan.

Dated: February 13, 2023.

                                              Respectfully submitted,

                                              */s/ Melissa A. Holyoak*

                                              Sean D. Reyes
                                                    ATTORNEY GENERAL OF UTAH
                                              Melissa A. Holyoak
                                                    SOLICITOR GENERAL
                                                    *Counsel of Record*
                                              Office of the Attorney General
                                              Utah State Capitol Complex
                                              350 North State Street Suite 230
                                              Salt Lake City, UT 84114-2320
                                              Ph. (801) 538-9600
                                              melissaholyoak@agutah.gov

                                              William L. Wehrum
                                              WEHRUM ENVIRONMENTAL LAW LLC
                                              1629 K Street, NW, Suite 300
                                              Washington, D.C. 20006
                                              Ph. 302-300-0388
                                              William_Wehrum@comcast.net

                                              Emily C. Schilling
                                              HOLLAND & HART LLP
                                              222 South Main Street, Suite 2200
                                              Salt Lake City, UT 84101
                                              Ph. 801-799-5753 / Fax 202-747-6574
                                              ecschilling@hollandhart.com

>Kristina (Tina) R. Van Bockern
>Aaron B. Tucker (admission pending)
>HOLLAND & HART LLP
>555 Seventeenth Street, Suite 3200
>Denver, CO 80202
>Ph. 303-295-8107 / Fax 720-545-9952
>trvanbockern@hollandhart.com
>abtucker@hollandhart.com
>
>*Counsel for Petitioner State of Utah*

# **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a true and correct copy of the foregoing Petition for Review to be served by Certified Mail, return receipt requested, addressed to the following:

Hon. Michael S. Regan  
Office of the Administrator (1101A)  
United States Environmental Protection Agency  
1200 Pennsylvania Avenue, N.W.  
Washington, D.C. 20460

Hon. Merrick Garland  
Attorney General of the United States  
United States Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530-0001

Correspondence Control Unit  
Office of General Counsel (2311)  
United States Environmental Protection Agency  
1200 Pennsylvania Avenue, N.W.  
Washington, D.C. 20460

Dated: February 13, 2023

                                                                        /s/Melissa A. Holyoak  
                                                                       MELISSA A. HOLYOAK  
                                                                       Solicitor General