Nos. 23-9509, 23-9512, 23-9520

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

STATE OF UTAH, et al.,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

PETITION FOR REVIEW OF A FINAL AGENCY ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**UNOPPOSED JOINT MOTION TO ENLARGE TIME FOR ORAL ARGUMENT AND OPPOSED JOINT MOTION FOR AMICI TO PARTICIPATE IN ORAL ARGUMENT**

|  |  |
|---|---|
| | TODD KIM |
| | *Assistant Attorney General* |
| *Of Counsel:* | |
| ROSEMARY HAMBRIGHT KABAN | ALEXANDRA L. ST. ROMAIN |
| DANIEL P. SCHRAMM | *U.S. Department of Justice* |
|   Office of General Counsel | *Environment and Natural Resources* |
|   U.S. Environmental Protection |   Division |
|    Agency | P.O. Box 7611 |
|   Washington, DC | Washington, DC 20044 |

Pursuant to Federal Rules of Appellate Procedure 27 and 34, Respondents United States Environmental Protection Agency and Administrator Michael S. Regan (collectively "EPA") request that the Court enlarge the time for oral argument to 20 minutes per side. EPA believes additional time is needed because this consolidated case involves three different petitions for review, contains a large technical record, and involves numerous disputed issues. Petitioners take no position on this motion.

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), Amici Sierra Club et al. request permission to present oral argument in support of EPA. EPA does not oppose this request, Industry Petitioners (Nos. 23-9512, 23-9520) take no position on this request, and the State of Utah (No. 23-9509) opposes this request. If the Court grants EPA's request to enlarge time, EPA agrees to cede three minutes from EPA's allocated 20 minutes to Amici.

In support of this joint motion to participate in oral argument, Amici submit that their participation will assist the Court in its consideration of this case. As discussed in Amici's unopposed motion for leave to file as *amici curiae* in support of respondents, Amici are local and national non-profit organizations with members harmed by the pollution from Utah at issue in this litigation.[1] Mot. for Leave to File as *Amici Curiae* at 2. Amici have participated in administrative and

---

[1] Amicus Clean Air Task Force does not have members.

judicial proceedings surrounding many of EPA's rules addressing cross-state pollution. *Id.* Amici also submitted briefing to this Court discussing points not emphasized by Respondents on the venue, merits, and remedy questions presented in this litigation.[2] Moreover, Amici bring experience litigating similar or identical venue, merits, and remedy questions in parallel litigation challenging EPA's Disapproval Rule in many other circuits.[3] For these reasons, Amici's participation at argument is likely to assist the Court in understanding the issues at stake in this case and the consequences that could flow from its decision.

Dated February 14, 2024.                    Respectfully submitted,

                                            TODD KIM
                                            Assistant Attorney General

                                            */s/ Alexandra L. St. Romain*
*Of Counsel:*                               ALEXANDRA L. ST. ROMAIN
ROSEMARY HAMBRIGHT KABAN                    U.S. Department of Justice
DANIEL P. SCHRAMM                           Environment and Natural Resources
Office of General Counsel                   Division
U.S. Environmental Protection Agency        P.O. Box 7611

---

[2] *See, e.g.,* Amici Br. at 17-19 (rebutting Petitioners' arguments that the Disapproval Rule is locally or regionally applicable); *id.* at 28 (analogizing to EPA's authority when issuing a SIP call); *id.* at 33-34 (emphasizing the irreparable public health harms that would result from vacatur and disruptive consequences of further delay to downwind attainment of the ozone air quality standard).

[3] *See, e.g.,* Brief of Sierra Club et al. as *Amici Curiae* In Support of Respondents, *Texas v. EPA*, No. 23-60069 (5th Cir. Aug. 22, 2023); Brief of Sierra Club et al. as *Amici Curiae* to Petitioner's Motion to Stay, *West Virginia v. EPA*, No. 23-1418 (4th Cir. Aug. 2, 2023); Brief of Sierra Club as *Amicus Curiae* in Support of Respondents, *Missouri v. EPA*, No. 23-1719 (8th Cir. Nov. 17, 2023); Brief of Sierra Club et al. as *Amici Curiae* in Support of Respondents, *Kentucky v. EPA*, No. 23-3216 (6th Cir. Dec. 18, 2023).

Washington, DC 20044
202-532-3284
alexandra.st.romain@usdoj.gov

*/s/ Kathleen Riley (with permission)*
Kathleen Riley
Seth L. Johnson
Earthjustice
1001 G St. NW, Ste 1000
Washington, DC 20001
kriley@earthjustice.org
sjohnson@earthjustice.org
202-745-5227
202-797-5245

*Counsel for Sierra Club, Center for Biological Diversity, Downwinders at Risk, and Utah Physicians for Healthy Environment*

*/s/ Shaun Goho (with permission)*
Shaun Goho
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
sgoho@catf.us
617-624-0234

*Counsel for Clean Air Task Force*

*/s/ Rose K. Monahan (with permission)*
Rose K. Monahan
Sierra Club
2101 Webster St., Ste. 1300
Oakland, CA 94612
rose.monahan@sierraclub.org
415-977-5704

Zachary M. Fabish
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
650-388-8466

*Counsel for Sierra Club, Healthy Environment Alliance of Utah, and Southern Utah Wilderness Alliance*

## CERTIFICATES OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 474 words according to the count of Microsoft Word.

I further certify that this motion complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and is double-spaced.

Dated: February 14, 2024

                                                          */s/ Alexandra L. St. Romain*
                                                          ALEXANDRA L. ST. ROMAIN

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Motion to Enlarge Time for Oral Argument and for Amici to Participate in Oral Argument on all registered counsel through the Court's electronic filing system (CM/ECF).

Dated: February 14, 2024

                                         */s/ Alexandra L. St. Romain*
                                         ALEXANDRA L. ST. ROMAIN